**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TEAMSTERS LOCAL 639 EMPLOYERS**
**PENSION TRUST FUND and JOHN**
**GIBSON,**

                **Plaintiffs,**

**-vs-**                                                   **Case No. 6:12-mc-103-Orl-28GJK**

**CAPITAL MANAGEMENT**
**ASSOCIATES, LLC,**

                **Defendant.**
_____

## ORDER

This case is before the Court on Plaintiffs' Motion for Final Judgment in Garnishment (Doc. No. 13) filed February 13, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 28, 2013 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Final Judgment in Garnishment (Doc. No. 13) is **GRANTED.**

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiffs and against Garnishee Wells Fargo Bank, N.A. in the amount of $217.65, pursuant to Section 77.083, Florida Statutes.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of May, 2013.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge